# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1240

_____

Juan Gomez-Lorenzo; Manuel Gomez-Cua

*Petitioner*s

v.

Jefferson B. Sessions, III, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: March 6, 2018
Filed: March 13, 2018
[Unpublished]

_____

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Juan Gomez-Lorenzo, individually and on behalf of his minor son Manuel Gomez-Cua, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge, which denied his request for asylum, withholding of removal, and relief under

the Convention Against Torture (CAT).[1]  Having jurisdiction under 8 U.S.C. § 1252(a)(2)(D), this court denies the petition.

This court concludes that substantial evidence supports the agency's determination that Gomez-Lorenzo was not entitled to asylum or withholding of removal because he failed to show that he was unable or unwilling to return to Guatemala due to persecution, or a well-founded fear of future persecution on account of a protected ground. *See De Castro-Gutierrez v. Holder*, 713 F.3d 375, 379 (8th Cir. 2013) (standard of review); *Gutierrez-Vidal v. Holder*, 709 F.3d 728, 732 (8th Cir. 2013) (asylum requirements); *Ngure v. Ashcroft*, 367 F.3d 975, 989 (8th Cir. 2004) (requirements for withholding of removal).  This court also concludes that substantial evidence supports the agency's denial of CAT relief.  *See De Castro-Gutierrez*, 713 F.3d at 381 (requirements for protection under CAT).

The petition is denied.  *See* 8th Cir. R. 47B.

———————————————

---

[1]Gomez-Lorenzo brought the derivative application on behalf of his son for asylum only.  See 8 U.S.C. § 1158(b)(3)(A); 8 C.F.R. § 1208.21(a).  Because Manuel's application is derivative of Gomez-Lorenzo's application, all subsequent references are to Gomez-Lorenzo.